# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

147842-3

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

HOME-OWNERS INSURANCE COMPANY,
        Plaintiff-Appellee,

v

ELIAS CHAMMAS and CHAMMAS, INC.,
d/b/a PARADISE MINI MART,
        Defendants,

and

COREY PARKS,
        Defendant-Appellant.
_____/

SC: 147842
COA: 310157
Genesee CC: 09-092739-CK

HOME-OWNERS INSURANCE COMPANY,
        Plaintiff-Appellee,

v

ELIAS CHAMMAS and CHAMMAS, INC.,
d/b/a PARADISE MINI MART,
        Defendants-Appellants,

and

COREY PARKS,
        Defendant.
_____/

SC: 147843
COA: 310167
Genesee CC: 09-092739-CK

On order of the Court, the application for leave to appeal the September 10, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

d0224